DEBORAH M. SMITH
Acting United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-035-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | **PETITION TO REVOKE** |
| | ) | **SUPERVISED RELEASE** |
| RONALD D. BAUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and moves to dismiss the petition to revoke probation filed in this matter on August 4, 2005.  The United States' motion to dismiss the petition to revoke is based on the Court's entry of modified conditions of release on September 19, 2005 and the defendant's subsequent compliance with

the modified conditions of release.

RESPECTFULLY SUBMITTED this 11th day of April, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ James A. Goeke
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3387
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov
Washington State Bar # 27707

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006
a copy of the foregoing was served electronically
on MJ Haden

s/ James A. Goeke