IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-035-JWS |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] **ORDER GRANTING** |
| vs. | ) ) | **MOTION TO DISMISS** **PETITION TO REVOKE** |
| RONALD D. BAUGH, | ) ) | **SUPERVISED RELEASE** |
| Defendant. | ) ) | |

Having considered the motion filed by the United States to Petition to Revoke Supervised Release in this case, IT IS HEREBY ORDERED that the Petition to Revoke Supervised Release be dismissed.

IT IS SO ORDERED.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE