IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **3:04-cr-00035-JWS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | **PETITION TO REVOKE** |
| RONALD D. BAUGH, | ) | **SUPERVISED RELEASE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to Petition to Revoke Supervised Release in this case, IT IS HEREBY ORDERED that the Petition to Revoke Supervised Release be dismissed.

**IT IS SO ORDERED**.

DATED this 11th day of April, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

The undersigned magistrate judge has reviewed the above
in light of the law and the facts and recommends that it be
GRANTED.

DATED this 11th day of April, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　JOHN D. ROBERTS, United States Magistrate Judge