

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

Memorandum To: US District Court for the District of Alaska

From: U.S. Marshals Service

Subject: **A04-035CR(JWS))** Original Writ of Execution

Date: August 2, 2007

*RECEIVED AUG 02 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

The attached original writ is being returned to your office. No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

**Linda M. Klemm
Civil Administrator/
Purchasing Agent**

```
                    RECEIVED
                U.S. MARSHALS SERVICE              LODGED
                       ALASKA
TIMOTHY M. BURGESS                                 APR 0 1 2005
United States Attorney    2005 APR -3 PM 12: 23

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253              ORIGINAL
Anchorage, AK 99513-7567
(907) 271-5071
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,      )<br>                              )<br>  vs.                         )<br>                              )<br>RONALD DAVID BAUGH,           )<br>SS#: 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             )<br>DOB: January 11, 1964        )<br>                              )<br>            Defendant.       )<br>_____) | Case No. A04-035 CR(JWS)<br><br><br><br>WRIT OF EXECUTION ON PERMANENT<br>FUND DIVIDEND |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

   On August 12, 2004, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against RONALD DAVID BAUGH as judgment debtor, for

$0.00      criminal fines

$399.00    restitution

$100.00    special assessments

$499.00    JUDGMENT AS ENTERED

   WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00      late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$0.00      accrued interest, and

$45.00     accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$0.00      which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$544.00    ACTUALLY DUE on March 28, 2005, of which $499.00 is due on the judgment as entered and bears no interest.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this __7__ day of __April__, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

By: **REDACTED SIGNATURE**
Deputy Clerk

2