PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.   Case No.   A04-035 CR (JWS)

Ronald D. Baugh

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on August 10, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**    8-13-07

Travis Lyons    Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___13th___ day of ___August___, 20_07_.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge